The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIP HONROTH, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>UNIFI AVIATION, LLC; AIRCO AVIATION SERVICES, LLC; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02694-JNW<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE SCHEDULING DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 7, 2026** |

This matter having come before this Court on the Parties' Stipulated Motion to Extend Initial Case Scheduling Deadlines (the "Motion"), the Court having considered the pleadings and records on file, it is hereby ORDERED as follows:

Based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that the initial scheduling deadlines in this case, pending the Court's decision on Defendants Unifi Aviation, LLC and Airco Aviation Services, LLC's ("Defendants") anticipated Motion to Compel Arbitration ("MTCA"), are extended as set forth below:



LITTLER MENDELSON, P.C.
One Union Square
600 University Street
Suite 3200
Seattle, Washington 98101.3122
206.623.3300

| Event | Current Date | New Date |
|---|---|---|
| Deadline for FRCP 26(f) Conference | September 24, 2026 | 14 days after Order issued on MTCA |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | October 8, 2026 | 21 days after Order issued on MTCA |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | October 15, 2026 | 31 days after Order issued on MTCA |

IT IS FURTHER ORDERED that the briefing with respect to Defendants' anticipated MTCA will proceed as follows:

Defendants' Initial Brief: October 16, 2026

Plaintiff's Response Brief: November 6, 2026

Defendants' Reply Brief: November 13, 2026

IT IS SO ORDERED.

DATED this 8th day of October, 2026.

THE HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT COURT JUDGE



LITTLER MENDELSON, P.C.
One Union Square
600 University Street
Suite 3200
Seattle, Washington 98101.3122
206.623.3300

*Presented by:*

*/s/ Matthew Coughlan*
Breanne Sheetz Martell, WSBA #39632
bsmartell@littler.com
Matthew Coughlan, WSBA #56583
mcoughlan@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street
Suite 3200
Seattle, Washington 98101.3122
Telephone: 206.623.3300
Facsimile: 206.447.6965

Attorneys for Defendants
UNIFI AVIATION, LLC and
AIRCO AVIATION SERVICES, LLC

*/s/ Chad Saunders*
Joanna Ghosh, WSBA #65285
joanna@calljustice.com
Chad Saunders, WSBA #65554
c.saunders@calljustice.com
Benjamin Stone, WSBA #33436
b.stone@calljustice.com
LAWYERS for JUSTICE, P.C.
701 Pike Street, Suite 1650
Seattle, WA 98101
Tel: (425) 521-5121
Fax: (818) 265-1021

Attorneys for Plaintiff
PHILIP HONROTH

**CERTIFICATE OF SERVICE**

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. On October 7, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

| | |
|---|---|
| **Attorneys for Plaintiff**<br>Joanna Ghosh, WSBA #65285<br>Chad Saunders, WSBA #65554<br>Benjamin Stone, WSBA #33436<br>LAWYERS for JUSTICE, P.C.<br>701 Pike Street, Suite 1650<br>Seattle, WA 98101<br>Tel: (425) 521-5121<br>Fax: (818) 265-1021<br>Email: joanna@calljustice.com<br>c.saunders@calljustice.com<br>b.stone@calljustice.com | |

I certify under the penalty of perjury under the laws of the State of Washington and the United States that the above is true and correct.

Executed on October 7, 2026, at Seattle, Washington.

*/s/ Katie Strobel*
Katie Strobel, Attorney Practice Coordinator
kstrobel@littler.com
**LITTLER MENDELSON, P.C.**